IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CRISTOFER RAUL LOPEZ LOZANO PETITIONER

v. Cause No. 5:26-cv-00982-DCB-BWR

TIMMY VAUGHT RESPONDENTS
*in his Official Capacity as Warden of the*
*Adams County Correctional Center* et al.

ORDER

This matter is before the Court on Cristofer Raul Lopez Lozano's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1]. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

"The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is 'the person who has custody over [the petitioner].'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242). "[T]here is generally only one proper respondent to a given habeas petition. This custodian, moreover, is 'the person' with the ability to produce the prisoner's body before the habeas court." *Id.* at 435. This "immediate custodian" rule means that "in habeas challenges to present physical confinement . . . the proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Id.*

Timmy Vaught, Warden of the Adams County Correctional Center is the proper Respondent. The Court directs Respondent to file an answer or other responsive pleading. Respondent's answer or other responsive pleading is due within

twenty (20) days of the service of a copy of this Order. Counsel for Petitioner desiring to file a rebuttal may do so within fourteen days after Respondent files an answer or other responsive pleading.

IT IS THEREFORE ORDERED that Timmy Vaught, Warden of the Adams County Correctional Center is the Respondent, and any others listed on the docket as Respondents are hereby removed as Respondents.

IT IS FURTHER ORDERED that Respondent shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondent shall file with his answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. Counsel for Petitioner desiring to file a rebuttal may do so within fourteen days after Respondent files an answer or other responsive pleading.

IT IS FURTHER ORDERED that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1], filed herein, and a copy of this Order upon the **Attorney General of the United States**, United States Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D. C. 20530-0001.

IT IS FURTHER ORDERED that upon delivery of this Order via electronic service the Warden of the Adams County Correctional Facility (Warden) shall download and take notice of the Petition [1] filed herein through procedures set forth in a Memorandum of Understanding between the Clerk of Court and the Warden. Such action shall constitute service on the Warden.

IT IS FURTHER ORDERED that upon delivery of this Order via electronic

service, the **Civil Process Clerk** for the United States Attorney's Office for the Southern District of Mississippi (USAO) on behalf of said **United States Attorney** shall download and take notice of the Petition [1] filed herein through procedures set forth in a Memorandum of Understanding between the Clerk of Court and the USAO. Such action shall constitute service on the United States Attorney.

SO ORDERED, this 6th day of November 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE